# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PANAMA CITY DIVISION

LEKRELL BRUNER,

    Plaintiff,

v.                                              CASE NO. 5:08cv269-RH/WCS

MARK DUFRESNE,
STEPHEN JENCKS,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 58. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The clerk must enter judgment stating, "The complaint is dismissed with prejudice under 28 U.S.C. § 1915(e)(2)(B)." The clerk must close the file.

SO ORDERED on March 4, 2011.

                                                     s/Robert L. Hinkle
                                                     United States District Judge